Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Shepard Barclay* for petitioner. *Mr. Assistant Attorney General Porter* for the United States.

No. 884. ST. CHARLES AMUSEMENT & TRANSPORTATION COMPANY *v.* LUDWIG B. ELHARDT ET AL. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lowrie C. Barton* for petitioner. *Mr. T. A. Wright* and *Mr. Will D. Wright* for respondents.

No. 885. SAMUEL BERNSTEIN *v.* UNITED STATES. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert H. Talley* for petitioner. *Mr. Assistant Attorney General Porter* for the United States.

No. 373. SUPREME CONCLAVE, IMPROVED ORDER OF HEPTASOPHS *v.* WILLIAM MARSHALL WILSON. See *ante,* 583.

No. 846. IOWA CENTRAL RAILWAY COMPANY *v.* J. W. BREEN. March 17, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Iowa denied. *Mr. C. H. E. Boardman* for petitioner. *Mr. Milton Remley* for respondent.

No. 862. NULOMOLINE COMPANY *v.* JULIUS STROMEYER, TRADING AS JULIUS STROMEYER & COMPANY. March 17,